UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  04CR0699-DMS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JOE CARRANZA-OLAIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

      **IT IS HEREBY ORDERED** that the hearing re: revocation of supervised release currently scheduled for January 25, 2008, at 9:00 a.m., be continued to February 15, 2008, at 9:00 a.m.

      **SO ORDERED.**

DATED:   January 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge

1